**No. 10-5223. Sean Darrell Johnson, Petitioner v. United States.**

562 U.S. 910, 131 S. Ct. 260, 178 L. Ed. 2d 173, 2010 U.S. LEXIS 7113.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 380 Fed. Appx. 290.

**No. 10-5224. Terry James, Petitioner v. Richard Lemay, et al.**

562 U.S. 910, 131 S. Ct. 260, 178 L. Ed. 2d 173, 2010 U.S. LEXIS 7057.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 378 Fed. Appx. 455.

**No. 10-5225. Thomas Carter, Petitioner v. Linda Schuette.**

562 U.S. 910, 131 S. Ct. 260, 178 L. Ed. 2d 173, 2010 U.S. LEXIS 6995.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 362 Fed. Appx. 863.

**No. 10-5226. Johnny Barrera, Petitioner v. United States.**

562 U.S. 910, 131 S. Ct. 261, 178 L. Ed. 2d 173, 2010 U.S. LEXIS 7414.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-5227. Brinson Allen, Petitioner v. United States.**

562 U.S. 910, 131 S. Ct. 261, 178 L. Ed. 2d 173, 2010 U.S. LEXIS 7413.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 374 Fed. Appx. 944.

**No. 10-5230. Edgar Ayala, Petitioner v. United States.**

562 U.S. 910, 131 S. Ct. 262, 178 L. Ed. 2d 173, 2010 U.S. LEXIS 7117.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 601 F.3d 256.

**No. 10-5234. Samuel Burt, Petitioner v. Willie Eagleton, Warden, et al.**

562 U.S. 910, 131 S. Ct. 262, 178 L. Ed. 2d 173, 2010 U.S. LEXIS 7129.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 372 Fed. Appx. 372.

**No. 10-5235. Ronald Baker, Petitioner v. Florida.**

562 U.S. 910, 131 S. Ct. 262, 178 L. Ed. 2d 173, 2010 U.S. LEXIS 6800.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 33 So. 3d 46.

**No. 10-5236. Irving Charles Humphrey, Petitioner v. James A. Yates, Warden.**

562 U.S. 910, 131 S. Ct. 262, 178 L. Ed. 2d 173, 2010 U.S. LEXIS 6876.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.